STEINBERG, Judge,
concurring:
I voted to deny the appellant’s motion for a panel decision. I agree with the appellant that it would be preferable for the Court in the instant appeal to address the question of law presented by the appellant as to whether cancer in the larynx that metastasized from a cancer not listed as presumptively service connected in 38 C.F.R. § 3.309(e) (2003), adopted pursuant to 38 U.S.C. § 1116(b), is a presumptively service-connected disease under that regulation, taking into consideration 38 U.S.C. §§ 1113, 1116(a)(1) and 38 C.F.R. § 3.307(d) (2003); cf. VA Gen. Coun. Prec. 18-97 (May 2, 1997). See Mahl v. Principi, 15 Vet.App. 37, 40-47 (per curiam order) (2001) (Steinberg, J., dissenting). Nonetheless, I believe that the decision in the Court’s dispositive order in the instant case that the BVA should address that question of law, with an adequate statement of reasons or bases under 38 U.S.C. § 7104(a), (d)(1), before the Court undertakes to do so is a reasonable one under the circumstances of this case and does not warrant the intervention of a panel.